UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| BROWN CONSTRUCTION COMPANY, INC., <br><br> Plaintiff, <br><br> vs. <br><br><br> OHLSON LAVOIE COLLABORATIVE, <br><br> Defendant. | Case No. 1:23CV132 ACL |

## ORDER OF DISMISSAL

Pursuant to the Notice of Voluntary Dismissal by Stipulation filed by the parties on this date (Doc. 18),

**IT IS HEREBY ORDERED, ADJUDGED, and DECREED** that Plaintiff's claims against Defendant Ohlson Lavoie Collaborative are **dismissed**.

                     /s/ Abbie Crites-Leoni
                     ABBIE CRITES-LEONI
                     UNITED STATES MAGISTRATE JUDGE

Dated this 25th day of October, 2023.

1